# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENALLDA YBARRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL VALLEY COMMUNITY BANK,<br><br>　　　　Defendant. | Case No. 1:19-cv-01080-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 9, 10) |

　　　　This action was removed to this Court on August 7, 2019. (ECF No. 1.) On October 11, 2019, a scheduling order issued. (ECF No. 9.) On September 23, 2021, the parties filed a stipulation requesting the scheduling order be modified to extend the dispositive motion filing deadline by a period of seven (7) days due to the fact the parties are still conferring on completing the joint statement of undisputed facts, and are attending mediation on September 28, 2021. (ECF No. 10.) The Court finds good cause to grant the request.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1. Dispositive Motion Filing Deadline: October 1, 2021.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated: __September 24, 2021__

UNITED STATES MAGISTRATE JUDGE