# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENALLDA YBARRA,<br><br>            Plaintiff,<br><br>    v.<br><br>CENTRAL VALLEY COMMUNITY BANK,<br><br>            Defendant. | Case No. 1:19-cv-01080-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)<br><br>(ECF No. 12) |

On November 12, 2021, the parties filed a joint stipulation dismissing this action with prejudice. (ECF No. 12.) In light of the stipulation of the parties, this action is terminated by operation of law, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

Accordingly, the Clerk of the Court is hereby directed to close this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **November 15, 2021**

UNITED STATES MAGISTRATE JUDGE

1